Robert BREEST

v.

John MORAN.

No. 82–166–M.P.

Supreme Court of Rhode Island.

March 17, 1983.

Dennis J. Roberts II, Atty. Gen., Sharon P. O'Keefe, Sp. Asst. Atty. Gen., for respondent.

272

Robert Breest, pro se.

## ORDER

This case came before the court on a petition for writ of habeas corpus wherein petitioner challenges the legality of his present confinement in the State of Rhode Island. We have carefully reviewed all of petitioner's contentions and we find them to be totally frivolous.

Accordingly, the petition for writ of habeas corpus and petitioner's accompanying requests for relief are denied.